# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Andre Linear

                        Plaintiff,

v.                                            Case No.: 1:17–cv–08088
                                             Honorable Sheila M. Finnegan

Joseph Crippen, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 9/27/2019. Parties reached a binding settlement agreement. The parties summarized the confidential settlement terms on the record. The transcript of this proceeding is ordered to be placed under seal until further order of the court. The parties are to promptly prepare and execute settlement documents. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.