UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Andre Linear

                    Plaintiff,

v.                                          Case No.: 1:17−cv−08088
                                                          Honorable Sheila M. Finnegan

Joseph Crippen, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 27, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: The parties' agreed oral motion to dismiss this case without prejudice with leave to reinstate on or before 11/26/2019 solely for purpose of adjudication of liens or enforcement of the settlement agreement is granted. The case is dismissed without prejudice. In the event a motion to reinstate is not filed on or before the foregoing date, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. The trial set for 11/4/2019 and all dates for filings and hearings associated with the trial are stricken. Motion for sanctions [46] is denied as moot. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.